AO 106 (Rev. 04/10) Application for a Search Warrant



# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.    2:21-cr-00022-MHC
Target residence as particularly described in Attachment )
A to the Affidavit of FBI Special Agent Matthew W. Pinto )
dated January 22, 2021. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the Affidavit of FBI Special Agent Matthew W. Pinto dated January 22, 2021.

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit of FBI Special Agent Matthew W. Pinto dated January 22, 2021.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2251 | Production of Child Pornography |
| 18 U.S.C. 2252A | Receipt and Possession of Child Pornography |
| 18 U.S.C. 2422 | Use of Interstate Commerce Facility to Entice Minor to Engage in Sexual Activity |

The application is based on these facts:
See attached Affidavit of FBI Special Agent Matthew W. Pinto dated January 22, 2021.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Matthew W. Pinto, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 22 January 2021

*Judge's signature*

City and state: Charleston, South Carolina      Molly H. Cherry, U.S. Magistrate Judge
*Printed name and title*